```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 05 B 57154
   EADKA ANTOINE
                                          CHAPTER 13

                                          JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-7846

-------------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-------------------------------------------------------------------------------
     The case was filed on 10/15/2005 and was confirmed 12/22/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 12/08/2008.
-------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
-------------------------------------------------------------------------------
ROUNDUP FUNDING LLC        UNSECURED        11536.67         .00       11536.67
AMERICREDIT FINANCIAL SV   SECURED NOT I       .00           .00            .00
ARROW FINANCIAL SERVICES   UNSECURED       NOT FILED         .00            .00
CAPITAL ONE BANK           UNSECURED       NOT FILED         .00            .00
SMC % CARSON PIRIE SCOTT   UNSECURED          596.94         .00         596.94
ROUNDUP FUNDING LLC        UNSECURED         1021.02         .00        1021.02
CREDIT ONE LLC             UNSECURED         1233.44         .00        1233.44
CROSS COUNTRY BANK         UNSECURED       NOT FILED         .00            .00
GREEN TREE MORTGAGE SERV   UNSECURED       NOT FILED         .00            .00
HOUSEHOLD CREDIT SERVICE   UNSECURED       NOT FILED         .00            .00
JC PENNEY                  UNSECURED       NOT FILED         .00            .00
MARSHALL FIELDS            UNSECURED       NOT FILED         .00            .00
WASHINGTON MUTUAL HOME M   SECURED NOT I  NOT FILED          .00            .00
NICOLE G LAWSON            DEBTOR ATTY     1,900.00                    1,900.00
TOM VAUGHN                 TRUSTEE                                     1,157.40
DEBTOR REFUND              REFUND                                        320.73

      Summary of Receipts and Disbursements:
-------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                  17,766.20

PRIORITY                                                 .00
SECURED                                                  .00
UNSECURED                                          14,388.07
ADMINISTRATIVE                                      1,900.00
TRUSTEE COMPENSATION                                1,157.40
DEBTOR REFUND                                         320.73
                         --------------          --------------
TOTALS                     17,766.20               17,766.20
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 57154 EADKA ANTOINE

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE